# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THOMAS EARL WRIGHT, #48460-177 § | |
| § | |
| v. § | Civil Action No. 4:19-cv-176 |
| § | (Judge Crone/Judge Nowak) |
| UNITED STATES OF AMERICA § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2021, the report of the Magistrate Judge (Dkt. #20) was entered containing proposed findings of fact and recommendations that *pro se* Movant Thomas Earl Wright's amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #5) be denied, his claims related to the Eastern District of Texas be dismissed with prejudice, his claims related to the Northern District of Texas be dismissed without prejudice, and a certificate of appealability be denied.  Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant Thomas Earl Wright's amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #5) is **DENIED**.  Movant Thomas Earl Wright's claims related to the Eastern District of Texas are **DISMISSED WITH PREJUDICE**.  Movant Thomas Earl Wright's claims related to the Northern District of Texas are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that a certificate of appealability is **DENIED**.

The Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 24th day of March, 2021.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE